M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

<u>John Roland Buckner</u>     )
Full name and prison name of   )
Plaintiff(s)                   )
                               )   2008 JUN 19 A 11: 04
                               )
                               )   DEBRA P. HACKETT, CLK
v. <u>Sheriff Jay Jones of Lee</u> )   U.S. DISTRICT COURT
<u>County Sheriff's Dept.</u>   )   MIDDLE DISTRICT ALA
<u>major Torbert or Talbert/Sgt. Lyles</u> )   CIVIL ACTION NO. <u>3:08CV-481-TMH</u>
<u>nurse Linch Stewart/cpl Scroggins</u> )   (To be supplied by Clerk of U.S. District
<u>Lt. Jones/Lt. Robinson/Sgt. Parquett</u> )   Court)
<u>Cpl. Hill/off. Blanco/off. Person</u> )
<u>off. D. Sellers/off. Frazier/off. Eason</u> )
                               )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.)            )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   YES ☒   No ☐

     B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☒   NO ☒

     C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) <u>John Roland Buckner</u>

               Defendant(s) <u>Alabama Dept. of Corr.</u>

          2.   Court (if federal court, name the district; if state court, name the county)

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __Dismissed__

6. Approximate date of filing lawsuit __1993 - 1994__

7. Approximate date of disposition __1996 - 1997__

II. PLACE OF PRESENT CONFINEMENT __Holman Correctional Facility__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Lee County Detention Facility 2311 Gateway Dr. Opelika, AL 36801__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sheriff Jay Jones | Sgt. Parquett / Officer Frazier |
| 2. | Major Talbert or Torbert | Cpl Hill / Officer Person |
| 3. | Nurse Linda Stewart CCHP | Officer Blanco |
| 4. | Cpl. Scroggins | Officer D. Sellers |
| 5. | Lt. Jones | Officer Eason |
| 6. | Lt. Robinson | Sgt. Lyles |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __Between 2-16-07 and 1-1-08__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Cruel and unusual Punishment Clause of the Eighth Amendment. (Deliberate Idifference) The 14th (Fourteenth) Amendment to apply as well.__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Jail officials were aware of my case involving the rape of a 5 yr old girl, by media, and the fact it was a high prifile case, also I requested to be placed in a safe cell block. They purposely placed me in regular cell, + encouraged assault by others, telling them details of case.

GROUND TWO: Cruel and unusual Punishment clause of the Eighth Amendment + Fourteenth Amendment (Diliberate Indifference)

SUPPORTING FACTS: After being assaulted by officers encouragement and payment of illigal tobaco products in Feb of 07, on Nov 9th 2008, Nurse Stewart, Sgt. Lyles and officer Eason forced me to move to a regular population dorm 100 Pod, ignoring my pleas to please not place me in danger again, they denied my request. within 12 hrs Officer Person & Blanco assisted 6 to 8 inmates to assault me, Purposely leaving all cells open. which resulted in several injuries, to head, back, broken finger etc.

GROUND THREE: The intire Lee County Sheriff's Dept and jail officials knew I was in danger. They wanted me assaulted.

SUPPORTING FACTS: I told them from day on Feb 07 that US. Fed Marshals had arrested me, that my case & profile was in the hands of the Media + was on TV that I was in danger + they failed to protect me. Not only that they maliciously encoraged both assaults, which caused me injuries. They violated my Eighth Amendment —— Diliberate Indifference —— and Fourteenth Amendment.

Ground 3: Cruel and unusual punishment clause of the Eighth Amendment.

Supporting Facts: During the months of April and May 2007, Lee County Sheriff's Dept. Officials, Nurse Linda Stewart and Officer Eason caused me a great deal of "mental anguish" and "emotional distress," when the placed my brother, Terry Lee Buckner in E-2 unit with me, locking him in a regular cell, telling me to "monitor him". Terry Lee Buckner was detoxing off of alcohol and was having halucinations, and was behaving very irrational. Literally running into wall, jumping off the bed. Once he busted his head open requiring a trip to The East Alabama Medical Center where he recieved inner & outer stitches, had the officer's not been counting right as it happened, I would not have been able to summon them, for the emergancy button didn't work. Once he injured his heel, & once he soaped up his body & climbed the bars, had he fell, I'd have been helpless to his self inflicted injuries. He stayed awake about a week. It was not my job do "moNitor" him.

Case 3:08-cv-00481-CSC   Document 1   Filed 06/19/08   Page 5 of 6

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To order Lee County Sheriff's Dept. To Pay $1,000,000.00 (1 million) split 5 ways $50,000.00 to Child support in my name, $50,000.00 is savings account in the name of Christopher Brent Lowry $50,000.00 in a savings account in name of Shawn Carver $50,000.00 in savings account in name of Dalton Bradley Rudd. And for $800,000.00 paid to me John Roland Buckner. All Lee County officials involved fired + Proper changes be made to Lee County detention to insure the rights and situations be no more.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2008
(Date)

Signature of plaintiff(s)

John R. Buckner
#170365  D-67-13
Holman 3700
Atmore, Al. 36503-3700



This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Al. 36101-0711

**LEGAL MAIL ONLY** 36101+0711