IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY R. BUCKNER, <br> AIS # 170365, <br>     Plaintiff, <br><br> v. <br><br> JAY JONES, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 3:08cv481-CSC <br> (WO) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered in this case, it is

ORDERED and ADJUDGED as follows:

1. That the defendants' motion for summary judgment be and is hereby GRANTED.

2. That judgment be and is hereby GRANTED in favor of all defendants.

3. That this case be and is hereby DISMISSED with prejudice.

4. That the costs of this proceeding be and are hereby taxed against the plaintiff.

Done this 15th day of July, 2009.

                                            /s/Charles S. Coody
                                        CHARLES S. COODY
                                        UNITED STATES MAGISTRATE JUDGE