IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY R. BUCKNER,<br>AIS # 170365, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>)<br>) | CASE NO. 3:08cv481-CSC<br>(WO) |
| JAY JONES, *et al.*, | )<br>)<br>) | |
| Defendants. | ) | |

ORDER

Upon consideration of the plaintiff's objections which the court treats as a motion for relief from judgment pursuant to FED.R.CIV.P. 60(b)(6), it is

ORDERED that the motion (doc. # 62) be and is hereby DENIED.

Done this 28th day of July, 2009.


/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE